

# NUMBER 13-13-00449-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,**                                                    **Appellant,**

**v.**

**KORI J. MARRA,**                                                          **Appellee.**

---

## On Appeal from the County Court at Law No. 3 of Cameron County, Texas.

---

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This cause is before the Court on a motion to dismiss filed by appellee, Kori J. Marra, challenging the Court's jurisdiction over the State's appeal. The State filed a response to the motion to dismiss, and the Court has further received a reply thereto from appellee.

The Court, having examined and fully considered the motion to dismiss, is of the opinion that it should be and is CARRIED WITH THE CASE pending further order of the Court. The Court hereby requests the parties to further address the issues raised by these pleadings in their briefs on the merits.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of September, 2013.

2